■ SHIRLEY A. VANAERNAM, Appellant, v MARTIN'S FOODS OF SOUTH BURLINGTON, INC., Doing Business as SUPER SHOP N' SAVE, Respondent. (And a Third-Party Action.) [716 NYS2d 923] —Appeal from an order of the Supreme Court (Sise, J.), entered August 25, 1999 in Fulton County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Joseph M. Sise.

Crew III, J. P., Spain, Carpinello, Graffeo and Lahtinen, JJ., concur. Ordered that the order is affirmed, with costs.